ROSE, KLEIN & MARIAS LLP
DAVID A. ROSEN (State Bar No. 101287)
BARRY I. GOLDMAN (State Bar No. 35946)
801 S. Grand Avenue
Eleventh Floor
Los Angeles, California 90017-4645
(213) 626-0571
(213) 623-7755 Fax

Attorneys for Plaintiff, Mitchell Meyer

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL MEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>PUTZMEISTER, PUTZMEISTER AMERICA, INC., and DOES 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO. CV09-993 PSG<br><br>The Hon. Philip S. Gutierrez<br><br>Action Filed: 12/24/2008<br><br>**REQUEST FOR ORDER TO APPOINT SPECIAL PROCESS SERVICE** |

The parties request that the Court appoint APS International Ltd. as special process server for the purpose of service of process on Defendant Putzmeister in Germany. We therefore respectfully request that the Judge sign the attached Order so that service may be initiated.

DATED: April 24, 2009

ROSE, KLEIN & MARIAS LLP

By: _____
DAVID A. ROSEN
BARRY I. GOLDMAN
Attorneys for Plaintiff, Mitchell Meyer

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017-4645.

On April 24, 2009, I served the foregoing document(s) described as: **REQUEST FOR ORDER TO APPOINT SPECIAL PROCESS SERVICE** on all interested parties in this action by placing [X] a true copy [ ] the original--thereof enclosed in sealed envelopes addressed as stated on the attached mailing list as follows:

[ ]  (BY MAIL, 1013a, 2015.5 C.C.P.)
I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY PERSONAL DELIVERY)
I personally caused to be served such sealed envelope(s) by hand to the offices of the addressee(s).

[ ]  (BY FACSIMILE)
At the time of transmission, I was at least 18 years of age and not a party to this legal proceeding. On April 24, 2009, pursuant to Rule 2008, I transmitted the foregoing document from facsimile machine telephone number (213) 623-7755 to the persons and facsimile telephone numbers identified above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]  (COURT'S CM/ECF SYTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the interested parties listed below.

[X]  **(FEDERAL)**
I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 24, 2009 at Los Angeles, California.

_____
Patricia Garcia

PROOF OF SERVICE

## SERVICE LIST
*Meyer v. Putzmeister, et al.*
U.S.D.C., Central District Court Case No. CV-09-993 PSG (CTx)
LASC  Case No. BC 404613

Walter M. Schey, Esq. (SBN 32726)
WALTER M. SCHEY, P.C.
One Embarcadero Center
Suite 1020
San Francisco, CA  94111

Tel:   (415) 956-1200
Fax:   (415) 956-5011
wmschey@att.net

Attorneys for PUTZMEISTER AMERICA, INC.