ROSE, KLEIN & MARIAS LLP
DAVID A. ROSEN (State Bar No. 101287)
BARRY I. GOLDMAN (State Bar No. 35946)
801 S. Grand Avenue                               E-FILED 04/28/09
Eleventh Floor
Los Angeles, California  90017-4645
(213) 626-0571
(213) 623-7755 Fax

Attorneys for Plaintiff, Mitchell Meyer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL MEYER, | ) CASE NO. CV09-993 PSG (CTx) |
| Plaintiff, | ) The Hon. Philip S. Gutierrez |
| vs. | ) **PROPOSED ORDER TO APPOINT** |
| PUTZMEISTER, PUTZMEISTER AMERICA, INC., and DOES 1 through 100, Inclusive, | ) **SPECIAL PROCESS SERVICE** |
| | ) TRIAL DATE:       Not trial date set |
| Defendants. | ) |

IT IS HEREBY ORDERED,

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, PUTZMEISTER, in Germany.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating cour if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

DATED: _04/28/09____                    _____
                                          Philip S. Gutierrez
                                          United States Magistrate Judge